UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHANTAL CHATELAIN

VERSUS

TOWN OF BRUSLY

CIVIL ACTION

NO. 07-347-A

## RULING

The court after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Christine Noland, dated November 8, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's action shall be dismissed for failure to prosecute in accordance with Rule 41(b), Fed. Rules of Civil Procedure and Uniform Local Rules, Rule 41.3, and for failure to obey the orders of the court in accordance with Rule 16 and Rule 37 (b)(2)(C) of the Fed. Rules of Civil Procedure.

Baton Rouge, Louisiana, December 5, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA